IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD P. SHULTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:16cv94-MHT |
| | ) | (WO) |
| AETNA LIFE INSURANCE | ) | |
| COMPANY; and L-3 | ) | |
| COMMUNICATIONS WELFARE | ) | |
| PLAN, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 57) is adopted.

(2) The defendants' motion to dismiss (doc. no. 17) is granted as to counts II and III of the first amended complaint, and denied as to the remaining claims.

(3) Counts II and III of the first amended complaint are dismissed with prejudice.

This case is not closed, and is referred back to the Magistrate Judge for further proceedings.

DONE, this the 3rd day of October, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**