IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **RICHARD P. SHULTZ,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:16cv94-MHT |
| | ) | (WO) |
| **AETNA LIFE INSURANCE COMPANY; and L-3 COMMUNICATIONS WELFARE PLAN,** | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Plaintiff filed this lawsuit against defendants pursuant to the Employee Retirement Income Security Act of 1974 as amended, 29 U.S.C. § 1001, et seq., challenging defendants' denial of his claims for certain benefits. This lawsuit is now before the court on the recommendations of the United States Magistrate Judge that the administrator's decision be reversed and this matter remanded to complete the record and obtain a new decision, and that consideration of plaintiff's claims for ancillary benefits be deferred until after a

new decision has been made on a full record after remand.  Also before the court are defendants' objections to the recommendations.  After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of November, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**