IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD P. SHULTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:16cv94-MHT |
| | ) | (WO) |
| AETNA LIFE INSURANCE | ) | |
| COMPANY; and L-3 | ) | |
| COMMUNICATIONS WELFARE | ) | |
| PLAN, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants' objections (doc. nos. 159 & 166) are overruled.

(2) The United States Magistrate Judge's recommendations (doc. nos. 158 & 164) are adopted.

(3) The administrator's decision denying plaintiff long-term disability benefits is reversed, and this matter is remanded to the plan administrator to complete the record and obtain a new decision on

plaintiff's claims for benefits, consistent with the reasoning of the magistrate judge's recommendations.

(4) All issues regarding ancillary benefits are deferred for consideration until after a proper decision is reached as to plaintiff's long-term disability claim, based upon an administrative decision reached with the benefit of proper administrative proceedings and a full and complete record.

(5) All pending motions are denied as moot.

(6) The court retains jurisdiction over this case with regard to the plan administrator's decision on remand and all other claims and matters not resolved at this time.

(7) This case is administratively closed pending completion of the administrative proceedings. The parties are to notify the court of the need to reopen the proceedings within 30 days of receipt of notice of the conclusion of the administrative process.

DONE, this the 22nd day of November, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**